1026

No. 76–5444.  DEMARS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 76–5500.  RODRIGUEZ v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 76–5508.  RAY v. ROSE, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 76–5576.  PEARCY v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 76–5584.  CLARK v. LEACH ET AL.  C. A. 10th Cir. Certiorari denied.

No. 76–5586.  FLANNERY v. PENNSYLVANIA; and
No. 76–5588.  BONADUCE v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 76–5595.  CASTEEL v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 76–5601.  FISHER v. PENNSYLVANIA.  Pa. Commw. Ct. Certiorari denied.

No, 76–5604.  JOHNSON v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 76–5605.  STERLING v. WYRICK, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 76–5665.  BLEWITT v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–5677.  JONES v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 76–5689.  BROWN v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.